**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **PG&E NATIONAL ENERGY GROUP, INC.,** | * | Case No.: 03-30459 (PM) (Chapter 11) |
|     **Debtor.** | * | |
| Tax I.D. No. 94-3316236 | * | |
| *    * | * * * * * * * * | |
| **In re:** | * | |
| **PG&E ENERGY TRADING HOLDINGS CORP.,** | * | Case No.: 03-30463 (PM) (Chapter 11) |
|     **Debtor.** | * | |
| Tax I.D. No. 94-3147463 | * | |
| *    * | * * * * * * * * | |
| **In re:** | * | |
| **PG&E ENERGY TRADING - GAS CORP.,** | * | Case No.: 03-30464 (PM) (Chapter 11) |
|     **Debtor.** | * | |
| Tax I.D. No. 94-3115649 | * | |
| *    * | * * * * * * * * | |
| **In re:** | * | |
| **PG&E ET INVESTMENTS CORP.,** | * | Case No.: 03-30462 (PM) (Chapter 11) |
|     **Debtor.** | * | |
| Tax I.D. No. 74-2885086 | * | |
| *    * | * * * * * * * * | |

| | | |
|---|---|---|
| **In re:** | * | |
| **PG&E ENERGY TRADING - POWER, L.P.,** | * | Case No.: 03-30461 (PM) |
| Debtor. | * | (Chapter 11) |
| Tax I.D. No. 52-1923766 | * | |
| *   * | *   *   *   *   *   *   *   * | |

## DEBTORS' NOTICE OF HEARINGS
## SCHEDULED FOR JULY 8, 2003 AT 2:00 P.M.

Please take notice that the Bankruptcy Court **has scheduled a hearing** on the following motion, which hearing is to be held on **July 8, 2003 at 2:00 p.m.** in the United States Bankruptcy Court for the District of Maryland, 6500 Cherrywood Lane, Suite 300, Greenbelt, Maryland 20770:

1. Debtors' Motion for Order Authorizing Joint Administration of Cases Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure;

Please take further notice that the Debtors **have also requested** that the Court hold an interim hearing on the following item on **July 8, 2003 at 2:00 p.m.** in the United States Bankruptcy Court for the District of Maryland, 6500 Cherrywood Lane, Suite 300, Greenbelt, Maryland 20770:

1. Debtors' Motion for Order to Enforce the Automatic Stay and Establish Notification and Hearing Procedures for Transfers of Claims Against the Debtor and Its Subsidiaries *[Hearing requested with respect to interim relief only]*;

Based on the Debtors' request, this item **may be heard** at the 2:00 pm hearing today.

Please be advised that copies of the above motions are being served by fax to all parties receiving this notice. Any party wishing to receive a copy of any motion by e-mail may request same by contacting Aryeh E. Stein, Esquire *via* telephone at 410-347-9442, *via* facsimile at 410-

625-7510, or *via* e-mail at astein@wtplaw.com.  Copies of pleadings may also be obtained online at www.mdb.uscourts.gov *via* Pacer.

                WILLKIE FARR & GALLAGHER
                Matthew A. Feldman
                Shelley C. Chapman
                787 Seventh Avenue
                New York, NY  10019-6099
                (212) 728-8000

                and

                WHITEFORD, TAYLOR & PRESTON, LLP

                /s/ Martin T. Fletcher
                Paul M. Nussbaum (Bar No. 04394)
                Martin T. Fletcher (Bar No.: 07608)
                Seven Saint Paul Street, Suite 1400
                Baltimore, Maryland  21202
                (410) 347-8700

                Co-Counsel for the Debtors and
                Debtors in Possession

1502149v2