IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **In re:** * | |
| **PG&E NATIONAL ENERGY** * | Case No.: 03-30459 (PM) and 03-30461(PM) |
| **GROUP, INC.,** *et al.* | through 03-30464(PM) |
| * | Chapter 11 |
| **Debtors.** | (Jointly Administered under |
| * | Case No.: 03-30459(PM)) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEBTORS' NOTICE OF HEARINGS
SCHEDULED FOR JULY 9, 2003 AT 10:45 A.M.**

Please take notice that the Bankruptcy Court **has scheduled hearings** on the following motions (the "Motions"), which hearings are to be held on **July 9, 2003 at 10:45 a.m.** in courtroom 3-D of the United States Bankruptcy Court for the District of Maryland, 6500 Cherrywood Lane, Suite 300, Greenbelt, Maryland  20770:

1. Request for Designation as Complex Chapter 11 Bankruptcy Cases;

2. Debtors' Motion for Authority for Certain Debtors to File (i) a Consolidated List of Creditors; and (ii) a Consolidated List of the 30 largest Creditors in Lieu of the Individual Lists required by Federal Rule of Bankruptcy Procedure 1007(d);

3. Debtors' Application for Order Approving Debtors' Agreement with Bankruptcy Services, LLC ("BSI") and Appointing BSI as Agent of the Bankruptcy Court Pursuant to 28 U.S.C. § 156(c);

4. Debtors' Motion for Order (I) Authorizing Continued Use of Cash Management System, Bank Accounts, Checks and Business Forms, and (II) Granting, on an Interim Basis, Limited Waiver of Investment Guidelines Set Forth in 11 U.S.C. §345;

5. Debtors' Motion for Entry of an Order Authorizing the Debtors to Continue:  (A) Ordinary Course Employee Benefits Practices; and (B) to Reimburse PG&E Corporation for Amounts Paid on Behalf of the Debtors in Connection Therewith;

6. Debtors' Motion for Order to Enforce the Automatic Stay and Establish Notification and Hearing Procedures for Transfers of Claims Against the Debtor and Its Subsidiaries *[Hearing requested with respect to interim relief only]*;

7. Debtors' Motion For (A) Interim Order Authorizing Debtors To Appoint Certain Officers Pursuant To A Certain Engagement Agreement And (B) Final Order Authorizing Debtors To Enter Into An Agreement With Alvarez & Marsal, Inc. To Provide For The Placement Of Certain Restructuring Managers Pursuant To Section 363, Or Alternatively Section 327, Of The Bankruptcy Code Nunc Pro Tunc To The Petition Date *[Hearing requested with respect to interim relief only]*.

Please be advised that copies of the Motions were served upon all parties on the Initial Service List via telecopy on July 8, 2003. Any party wishing to receive a copy of any Motion by e-mail may request same by contacting Aryeh E. Stein, Esquire *via* telephone at 410-347-9442, *via* facsimile at 410-625-7510, or *via* e-mail at astein@wtplaw.com. Copies of pleadings may also be obtained online at www.mdb.uscourts.gov *via* Pacer.

WILLKIE FARR & GALLAGHER
Matthew A. Feldman
Shelley C. Chapman
787 Seventh Avenue
New York, NY  10019-6099
(212) 728-8000

and

WHITEFORD, TAYLOR & PRESTON, LLP

 /s/ Martin T. Fletcher
Paul M. Nussbaum (Bar No. 04394)
Martin T. Fletcher (Bar No.: 07608)
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland  21202
(410) 347-8700

Co-Counsel for the Debtors and
Debtors in Possession

1502149v4