**SO ORDERED**

**Dated July 09, 2003**



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **In re:** * | |
| **PG&E NATIONAL ENERGY GROUP, INC.,** *et al.* | * Case No.: 03-30459 (PM) and 03-30461 (PM) through 03-30461 (PM) |
| | * Chapter 11 |
| **Debtors.** | (Jointly Administered under |
| | * Case No.: 03-30459 (PM)) |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**ORDER GRANTING DEBTORS' MOTION FOR AUTHORITY
FOR CERTAIN DEBTORS TO FILE (i) A CONSOLIDATED LIST OF
CREDITORS AND (ii) A CONSOLIDATED LIST OF THE 30 LARGEST
CREDITORS IN LIEU OF THE INDIVIDUAL LISTS REQUIRED
BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(d)**

Upon consideration of the Motion for Authority for Certain Debtors to File (i) a Consolidated List of Creditors; and (ii) a Consolidated List of the 30 Largest Creditors in Lieu of the Individual Lists Required by Federal Rule of Bankruptcy Procedure 1007(d) (the "Motion"), filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), and after consideration of any objections made thereto and after any hearing held thereon; and it appearing that adequate notice of the Motion was provided and that no other or further notice need be given; and after due deliberation; and

there appearing good cause for granting the relief requested in the Motion, and for the reasons stated therein; it is by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED,** that the Motion be and the same is hereby GRANTED; and it is further

**ORDERED**, that the Debtors are authorized to file a consolidated list of creditors for Debtors, PG&E Energy Trading Holdings Corporation, PG&E Energy Trading - Gas Corporation, PG&E ET Investments Corporation and PG&E Energy Trading - Power, L.P. (collectively, the "ET Debtors"), and a separate list of PG&E National Energy Group, Inc.'s ("NEG") creditors; and it is further

**ORDERED**, that the Debtors are authorized to file a consolidated list of the ET Debtors' 30 largest unsecured creditors, in lieu of individual lists of each Debtors' 20 largest unsecured creditors, and a separate list of the 30 largest creditors for NEG.

**END OF ORDER**

cc:	Paul M. Nussbaum, Esquire
	Martin T. Fletcher, Esquire
	Whiteford, Taylor & Preston, LLP
	Seven Saint Paul Street, Suite 1400
	Baltimore, Maryland 21202-1626

	Matthew A. Feldman, Esquire
	Shelley C. Chapman, Esquire
	Willkie Farr & Gallagher
	787 Seventh Avenue
	New York, New York 10019-6099

	John L. Daugherty, Esquire
	Assistant United States Trustee
	6305 Ivy Lane, Suite 600
	Greenbelt, Maryland 20770

*1499511v4*