**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| In re | ) Chapter 11 |
| PG&E ENERGY SERVICES VENTURES, INC. | ) Case No. 03-30686 (PM) |
| Debtor. | ) |

**NOTICE OF MOTION OF DEBTOR PURSUANT TO**
**SECTION 365 OF THE BANKRUPTCY CODE FOR ORDER**
**AUTHORIZING DEBTOR TO REJECT CERTAIN EXECUTORY CONTRACTS**

PLEASE TAKE NOTICE that, on July 29, 2003, PG&E Energy Services Ventures, Inc. (the "Debtor") filed the following motion:

> Motion of Debtor Pursuant To Section 365 Of The Bankruptcy Code For Order Authorizing Debtor To Reject Certain Executory Contracts (the "Motion")

A HEARING WILL BE CONDUCTED ON THIS MATTER ON AUGUST 28 AT 2:00 P.M. IN COURTROOM 3D OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND, 6500 CHERRYWOOD LANE, GREENBELT, MARYLAND 20770.  IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING, SPECIFICALLY STATING YOUR OBJECTION AND ALL FACTS AND LAW YOU BELIEVE SUPPORT YOUR OBJECTION.  YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT ON OR BEFORE AUGUST 21, 2003, SAID DATE BEING TWENTY-THREE DAYS (23) FROM THE DATE THIS PLEADING WAS SERVED, AS INDICATED ON THE CERTIFICATE OF SERVICE AT THE END OF THIS PLEADING.  IN ADDITION TO FILING YOUR RESPONSE WITH

THE CLERK, YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THIS PLEADING AND TO THE PARTIES ON THE SERVICE LIST. ABSENT A TIMELY OBJECTION, THE COURT MAY TREAT THIS PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED WITH OR WITHOUT A HEARING.

**Notice Pursuant to Local Rule 6006-1(a)**

NOTICE IS HEREBY GIVEN, PURSUANT TO LOCAL RULE 6006-1(A), THAT THE COURT MAY RULE UPON THE DEBTORS' REQUEST TO REJECT EXECUTORY CONTRACTS WITHOUT A HEARING IF THERE IS NO TIMELY REQUEST FOR A HEARING.

        WILLKIE FARR & GALLAGHER
        Matthew A. Feldman
        Shelley C. Chapman
        787 Seventh Avenue
        New York, NY  10019-6099
        (212) 728-8000

        and

        WHITEFORD, TAYLOR & PRESTON L.L.P.

        /s/ Martin T. Fletcher
        Paul M. Nussbaum, #04394
        Martin T. Fletcher, #07608
        Aryeh E. Stein, #24559
        Seven Saint Paul Street, Suite 1400
        Baltimore, Maryland 21202
        (410) 347-8700
        Attorneys to the Debtor and Debtor
        in Possession

-3-

## CERTIFICATE OF SERVICE

I hereby certify that, on July 29, 2003, a copy of the foregoing notice was sent via first class mail, postage prepaid, to the parties on the Service List attached to the Motion.

/s/ Martin T. Fletcher
Martin T. Fletcher

*1506077*