**Date signed February 24, 2004**



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| PG&E NATIONAL ENERGY GROUP, ) | Case Nos. 03-30459 (PM) and |
| INC., et al., ) | 03-30461 (PM) through |
| ) | 03-30464 (PM) and 03-30686 |
| Debtors. ) | (PM) through 03-30687 (PM) |
| ) | |
| ) | (Jointly Administered |
| ) | under Case No. 03-30459 (PM)) |
| CL POWER SALES TEN, L.L.C., ) | |
| ) | |
| Movant. ) | |
| ) | |
| v. ) | |
| ) | |
| NEGT ENERGY TRADING-POWER, ) | |
| L.P., f/k/a PG&E ENERGY TRADING- ) | |
| POWER, L.P., and ) | |
| ) | |
| NEGT ENERGY TRADING ) | |
| HOLDINGS CORPORATION, ) | |
| f/k/a PG&E ENERGY TRADING ) | |
| HOLDINGS CORPORATION, ) | |
| ) | |
| Respondents. ) | |
| ) | |

**CONSENT ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

CL Power Sales Ten, L.L.C. ("CL Ten") has filed a motion for Relief From Automatic Stay Pursuant to 11 U.S.C. §§ 362(d) (the "Motion") to setoff against CL Ten's prepetition claims $4,000,000.00 cash collateral (the "Cash Collateral") provided by NEGT Energy Trading Holdings Corporation ("NEGT Holdings") to secure the performance of NEGT Energy Trading – Power, L.P. ("NEGT ET – Power") under a Power Supply Agreement, dated as of March 5, 1999.

NEGT Holdings and NEGT ET – Power (the "Debtors") consent to the Motion because the value of CL Ten's claims exceed the value of the Cash Collateral. The Debtors reserve all rights to contest the total value of CL Ten's claims.

The Court, being duly advised, hereby orders that Motion is granted, the relief sought by the Motion is granted, and CL Ten hereby is granted relief from the automatic stay provisions of 11 U.S.C. § 362 to exercise its rights under law, including set off rights, with regard to the Cash Collateral.

**END OF ORDER**

CONSENTED IN FORM AND SUBSTANCE BY:

/s/ Michael D. Colglazier
Michael D. Colglazier, Esq.
*Counsel for CL Power Sales Ten, L.L.C.*


/s/ Martin T. Fletcher
Martin T. Fletcher, Esq.
*Counsel for Debtors NEGT Energy Trading Holdings Corporation and NEGT Energy Trading – Power, L.P.*

cc: Michael D. Colglazier, Esq.
Robert A. Cohen, Esq.
Elizabeth F. Harris, Esq.
Hogan & Hartson L.L.P.
111 S. Calvert Street, Suite 1600
Baltimore, Maryland 21202-6191

John L. Daugherty, Esq.
Assistant United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770

Paul M. Nussbaum, Esq.
Martin T. Fletcher, Esq.
J. Daniel Vorsteg, Esq.
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202-1626

Matthew A. Feldman, Esq.
Shelley C. Chapman, Esq.
Willkie Farr & Gallagher L.L.P.
787 Seventh Avenue
New York, New York 10019-6099