**SO ORDERED**

**Date signed September 23, 2004**



```
                                    _____
                                            PAUL MANNES
                                        U. S. BANKRUPTCY JUDGE
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| | | |
| NATIONAL ENERGY & GAS TRANSMISSION, INC. (f/k/a PG&E NATIONAL ENERGY GROUP, INC.), *et al.*, | * * | Case No.: 03-30459 (PM) and 03-30461(PM) through 03-30464 (PM) and 03-30686 (PM) through 03-30687 (PM) Chapter 11 |
| Debtors. | * | (Jointly Administered under Case No.: 03-30459 (PM)) |
| * * * * * * | * * * * * * * * | |
| In re: | * | |
| USGEN NEW ENGLAND, INC., | * | Case No.: 03-30465 (PM) |
| | * | Chapter 11 |
| Debtor. | | |
| * * * * * * | * * * * * * * * | |

**ORDER AUTHORIZING AND APPROVING:  (A) SETTLEMENT AGREEMENT BY AND AMONG NATIONAL ENERGY & GAS TRANSMISSION, INC., CERTAIN WHOLLY OWNED OR CONTROLLED AFFILIATES, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NATIONAL ENERGY & GAS TRANSMISSION, INC., PG&E CORPORATION, PETER A. DARBEE AND BRUCE R. WORTHINGTON; (B) A RELATED TAX MATTERS AGREEMENT BY AND BETWEEN NATIONAL ENERGY & GAS TRANSMISSION, INC. AND PG&E CORPORATION; (C) THE DISMISSAL, WITH PREJUDICE, OF CIVIL ACTION NO. PJM 03-2920; (D) CERTAIN RELEASE AGREEMENTS TO BE EXECUTED BY USGEN NEW ENGLAND, INC. AND BY THE ET DEBTORS; (E) A WAIVER AGREEMENT BY AND AMONG NATIONAL ENERGY & GAS TRANSMISSION, INC. AND CERTAIN OF ITS NON-DEBTOR SUBSIDIARIES AND CERTAIN TRANSCANADA ENTITIES; AND (F) ALL RELATED RELIEF, INCLUDING, BUT NOT LIMITED TO THE <u>EXHIBITS TO THE SETTLEMENT AGREEMENT</u>**

Upon the motion dated August 30, 2004 (the "Motion") of National Energy & Gas Transmission, Inc. ("NEGT"), USGen New England, Inc. ("USGenNE"), NEGT Energy Trading Holdings Corporation f/k/a PG&E Energy Trading Holdings Corporation ("ET Holdings"), NEGT Energy Trading - Gas Corporation f/k/a PG&E Energy Trading - Gas Corporation ("ET Gas"), NEGT ET Investments Corporation f/k/a PG&E ET Investments Corporation ("ET Investments") and NEGT Energy Trading - Power, L.P. f/k/a PG&E Energy Trading - Power, L.P. ("ET Power," together with ET Holdings, ET Gas and ET Investments, the "ET Debtors") (the "ET Debtors," collectively, with NEGT and USGenNE, the "Debtors"), the debtors and debtors in possession the above-captioned chapter 11 cases, for an order authorizing and approving the settlement agreement among NEGT, certain wholly owned or controlled affiliates (the "Affiliates") and the Official Committee of Unsecured Creditors of NEGT, on the one hand, and PG&E Corporation ("PCG"), Peter A. Darbee and Bruce R. Worthington (collectively, the "Defendants"), on the other hand, and related exhibits, including the tax matters agreement, as amended by that certain letter dated September 22, 2004 between the parties, between NEGT and PCG (the "Tax Agreement") and the release and consents between USGenNE and PCG, and the ET Debtors and PCG, and the Waiver Agreement with the TransCanada entities, pursuant to sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rule 9019(a); and it appearing that due and sufficient notice of the Motion was provided and that no further notice is necessary; and the Court having found that the terms of the settlement embodied in the Settlement Agreement, including the Tax Agreement, the release and consent between PCG and USGenNE and the release and consent between PCG and the ET Debtors, are fair and reasonable; and it appearing that the relief requested in the Motion is in the best interests of each of the Debtors, their estates and their creditors; and after due deliberation and sufficient cause therefor, it is by the United States Bankruptcy Court for the District of Maryland

ORDERED, that the Motion is granted; and it is further

ORDERED, that capitalized terms used but not defined herein have the meanings ascribed to them in the Motion; and it is further

ORDERED, that the Settlement Agreement, including the Tax Agreement and all other exhibits, are approved; and it is further

ORDERED, that NEGT and the Creditors' Committee are authorized to enter into, consummate and effectuate the Settlement Agreement, and take such further actions, and execute such documents, as may be necessary, useful or appropriate to implement the Settlement Agreement; and it is further

ORDERED, that NEGT is authorized to enter into the Waiver Agreement, each of the terms and conditions of the Waiver Agreement is hereby approved, and the TransCanada entities shall be entitled to all of the rights and claims provided for in the Waiver Agreement; and it is further

ORDERED, that NEGT and each of the ET Debtors that are party to the agreement annexed to the Settlement Agreement as Exhibit I, are authorized to enter into and deliver to PCG such agreement; and it is further

ORDERED, that each of the ET Debtors are authorized to enter into and deliver to Defendants the releases and consent in the form annexed to the Settlement Agreement as Exhibit J; and it is further

ORDERED, that USGenNE is authorized to enter into and deliver to Defendants the releases and consent in the form annexed to the Settlement Agreement as Exhibit K; and it is further

ORDERED, that the Debtors are authorized to take such actions as may be reasonable to implement and effectuate the terms of this Order.

**END OF ORDER**

cc:  Paul M. Nussbaum, Esq.
Martin T. Fletcher, Esq.
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202-1626

Matthew A. Feldman, Esq.
Shelley C. Chapman, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019-6099

Steven Wilamowsky, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019-6099

Sanford L. Hartman, Esq.
National Energy & Gas Transmission, Inc.
7600 Wisconsin Avenue
Bethesda, Maryland 20814

Michael B. Solow, Esq.
Kaye Scholer LLP
Three First National Plaza
70 West Madison Street, Ste. 4100
Chicago, Illinois 60602

Agnes L. Levy
JPMorgan Chase Bank
270 Park Avenue, 20th Floor
New York, New York 10017

Jeffrey L. Tarkenton, Esq.
Womble Carlyle et al.
1401 Eye Street, N.W.
Washington, DC 20005

Benjamin Hoch, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, New York 10019

-5-

Bruce R. Worthington, Esq.
PCG Corporation
One Market, Spear Tower, Suite 2400
San Francisco, California 94105

John E. Lucian, Esq.
Blank Rome LLP
250 W. Pratt Street
Suite 2201
Baltimore, MD 21201

Marc E. Richards, Esq.
Craig Damast, Esq.
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174

Francis P. Dicello, Esq.
Reed Smith LLP
1301 K St., NW, Ste. 1100 E. Tower
Washington, DC 20005

John L. Daugherty, Esq.
Julie Mack, Esq.
Assistant United States Trustees
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Guy S. Neal, Esq.
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C. 20005