

_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **In re:** * | |
| **NATIONAL ENERGY & GAS TRANSMISSION, INC. (f/k/a PG&E NATIONAL ENERGY GROUP, INC.),** *et al.* | * Case No.: 03-30459 (PM) and 03-30461 (PM) through 03-30464 (PM) and 03-30686 (PM) * through 03-30687 (PM) Chapter 11 |
| **Debtors.** | (Jointly Administered under * Case No.: 03-30459 (PM)) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER FURTHER EXTENDING THE EXCLUSIVE PERIODS DURING WHICH
CERTAIN OF THE DEBTORS MAY FILE A PLAN OR PLANS OF
REORGANIZATION AND SOLICIT ACCEPTANCES FOR SUCH PLAN OR PLANS
(The ET Debtors and the Quantum Debtors)

Upon consideration of the Motion For Order Further Extending The Exclusive Periods During Which Certain Of The Debtors May File A Plan Or Plans Of Reorganization And Solicit Acceptances For Such Plan Or Plans (The ET Debtors' And The Quantum Debtors' Motion) (the "Liquidating Debtors' Motion") seeking a further extension of seventy-five (75) days each of (i) the Exclusive Proposal Period and (ii) the Exclusive Solicitation Period, filed by

1

the Liquidating Debtors,[1] each of which are debtors and debtors in possession in the above-captioned cases, and after consideration of any objections made thereto and after any hearing held thereon; and it appearing that adequate notice of the Motion was provided and that no further or other notice is necessary; and there appearing good cause for granting the relief requested in the Motion; it is by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the Motion be and the same is hereby GRANTED; and it is further

**ORDERED**¸ that all capitalized terms not defined herein shall have the meanings ascribed to them in the Motion; and it is further

**ORDERED**, that the Exclusive Proposal Period for the Liquidating Debtors is further extended to and including April 1, 2005; and it is further

**ORDERED**, that the Exclusive Solicitation Period for the Liquidating Debtors is hereby further extended to and including June 1, 2005; and it is further

**ORDERED**, that this Order is without prejudice to the right of the Liquidating Debtors to request further extensions of the Exclusive Proposal Period or the Exclusive Solicitation Period, or both, pursuant to section 1121(d) of the Bankruptcy Code.

**END OF ORDER**

---

[1] The ET Debtors consist of NEGT Energy Trading Holdings Corporation f/k/a PG&E Energy Trading Holdings Corporation ("ET Holdings"), NEGT Energy Trading - Gas Corporation f/k/a PG&E Energy Trading - Gas Corporation ("ET Gas"), NEGT ET Investments corporation f/k/a PG&E ET Investments Corporation ("ET Inv."), NEGT Energy Trading - Power, L.P. f/k/a PG&E Energy Trading - Power, L.P. ("ET Power"). The Quantum Debtors consist of NEGT Energy Services Ventures, Inc. f/k/a PG&E Energy Services Ventures, Inc. ("ESV") and Quantum Ventures ("Quantum").

cc:     Steven Wilamowsky, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019-6099

Paul M. Nussbaum, Esquire
Martin T. Fletcher, Esquire
Dennis J. Shaffer, Esquire
Whiteford, Taylor & Preston LLP
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202-1626

John L. Daugherty, Esquire
Assistant United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770

Guy S. Neal, Esq.
Sidley Austin Brown & Wood LLP
1501 K Street; N.W.
Washington, DC  20005

Bradford F. Englander, Esquire
Linowes and Blocher LLP
7200 Wisconsin Avenue
Suite 800
Bethesda, Maryland 20814

*1596915*