Date signed May 03, 2006



**PAUL MANNES**
**U. S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| NATIONAL ENERGY & GAS | : | Case Nos. 03-30459, 03-30461 |
| TRANSMISSION, INC. (f/k/a PG&E | : | through 03-30464, and 03-30686 |
| NATIONAL ENERGY GROUP, INC. | : | through 03-30687 (PM) |
| et al. | : | Chapter 11 |
| | : | (Jointly Administered under |
| Debtors | : | Case No. 03-30459(PM) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

### MEMORANDUM OF DECISION

Before the court is the Motion of the steering committees of Lake Road and La Paloma project lenders for an order compelling the Debtors to include the additional claim belatedly filed by them in the Disputed Claims Reserve.  The claims in question were filed more than twenty-two (22) months after the bar date for filing claims.  This court's Order entered February 22, 2006, disallowed the claims.  Perhaps in an effort to obtain leverage to settle the claims, the instant Motion was filed to include the disallowed claims in the Disputed Claims Reserve.

While the court sees little merit to the Motion, the parties have advised that the appeal from this court's Order has been placed on an expedited schedule before the Honorable Alexander Williams, Jr., of the United States District Court for the District of Maryland. Because of the expedited nature of the hearing, the court will grant the relief requested in part. An appropriate order will be entered.

cc:
Attached Service List

### End of Memorandum