IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **NATIONAL ENERGY & GAS TRANSMISSION, INC. (f/k/a PG&E NATIONAL ENERGY GROUP, INC.),** *et al.* | * * | Case No.: 03-30459 (PM) and 03-30461 (PM) through 03-30464 (PM) and 03-30686 (PM) through 03-30687 (PM) Chapter 11 |
| | * | |
| **Debtors.** | * | (**Jointly Administered under Case No.: 03-30459 (PM)**) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## LINE FILING CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the address for **Protiviti, Inc., f/k/a PENTA Advisory Services, LLC,** has changed to:

> c/o Charles R. Goldstein, Plan Administrator
> Protiviti, Inc.
> One East Pratt Street, Suite 800
> Baltimore, MD  21202

Respectfully submitted,

WHITEFORD, TAYLOR & PRESTON LLP

/s/ Dennis J. Shaffer
Dennis J. Shaffer, Esq. (No. 25680)
Seven Saint Paul Street
Baltimore, Maryland 21202-1636
(410) 347-8700

Counsel for the Debtors

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 26, 2009 a copy of the foregoing pleading was sent electronically via the Court's ECF system upon each party receiving ECF notice in this case.

                                                s/ Dennis J. Shaffer
                                                Dennis J. Shaffer

1836287